No. 67957.—New York Merchandise Co., Inc. v. United States, protest 61/21224 (Los Angeles).

Opinion by DONLON, J.  In accordance with oral stipulation of counsel that the merchandise, described on the invoice as articles 1/6472 and 1/6471, consists of tile pictures in metal frames similar in all material respects to the tile pictures in wood frames the subject of *Kreiss & Co., Ltd., et al.* v. *United States* (46 Cust. Ct. 236, C.D. 2261), the claim of the plaintiff was sustained.

No. 67958.—Traveler Trading Co. et al. v. United States, protests 61/8225, etc. (New York).

Opinion by DONLON, J.  It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 CCPA 112, C.A.D. 351) and that the merchandise, reported by the inspector as manifested, not found, was not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the quantities of merchandise, which were reported by the inspector as manifested, not found.  The protests were sustained to this extent.

No. 67959.—Marbro Lamp Co. v. United States, protest 60/30996 (Los Angeles).

Opinion by DONLON, J.  In accordance with oral stipulation of counsel that items ML. 703 and ML. 704, described on the invoice as "Chinese figures with bracket," are works of art, made of earthenware, in the form of statuary, and valued over $2.50 each, the claim of the plaintiff was sustained.  *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), followed.